## WELCH *v.* THE STATE.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—This case falls within the decision in the case of *Justice* v. *The State,* 17 Ind., p. 56, and must, therefore, be reversed.

The judgment is reversed, with costs.

*McDonald, Roache,* and *Lewis* for the appellant.